## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

TRAVIS SERAFINI, On Behalf of Himself and : 
All Others Similarly Situated, :

:    CASE NO. 2:20-cv-04348-JMA-ARL

        Plaintiff, :

:
:
:
:
:    **FILED**
:    **CLERK**
:
    v. :    12/18/2020 2:41 pm
:
:    **U.S. DISTRICT COURT**
E-DISTRIBUTORS, INC. d/b/a ROCKVILLE :    **EASTERN DISTRICT OF NEW YORK**
AUDIO a/k/a ROCKVILLE PRO SOUND & :    **LONG ISLAND OFFICE**
LIGHTING d/b/a AUDIOSAVINGS, INC., :
:
        Defendant. :

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), Plaintiff Travis Serafini, by and through his undersigned counsel of record,

hereby dismisses his claims against Defendant, E-Distributors, Inc. d/b/a Rockville Audio a/k/a

Rockville Pro Sound & Lighting d/b/a Audiosavings, Inc., without prejudice.

Dated: December 18, 2020           Respectfully submitted,

          */s/ Laurie Rubinow*
          Laurie Rubinow
          James C. Shah
Case closed.           **SHEPHERD, FINKELMAN, MILLER**
SO ORDERED.         **& SHAH, LLP**
/s/ JMA, USDJ         52 Duane Street, 7th Floor
12/18/2020          New York City, NY 10007
          Telephone: (212) 419-0156
          Facsimile: (866) 300-7367
          Email: lrubinow@sfmslaw.com
                jshah@sfmslaw.com

          *Attorneys for Plaintiff*